ELLIOT CATES
215 East 96th Street, Apt. 11H
New York, NY 10128

March 25, 2008

Honorable Judge Harold Baer, Jr.
500 Pearl Street
Chambers 2230
New York, NY 10007

RE: Elliot Cates
Case #; 08CV01529

Dear Honorable Judge Baer, Jr.:

I appreciate the pre trial conference appointment on Thursday, April 3rd, 2008 and I do appreciate the waiver of the trial fees, however, I am requesting a deferral of said pre trial.

Reasons:

- I'm being considered for employment in another postal district as well as a police communications technician with the NYC Police Department. (Employment screening paperwork included.) They have yet to get back to me with their decision. If I am not accepted, it will be due to said reasons stated on my grievance as illustrated on my PS Form 50. I am also quite busy as a NYU college student and my funds are restricted.

- I am requesting a bro bono lawyer provided by the courts to assist me.

Cordially,

Elliot Cates

Encl.

*[Handwritten note from judge:] I will extend the PTC date along w/ service for 30 days & if you do not call for a PTC date and you have not served this complaint your matter will be dismissed ALSO ORDERED w/o prejudice & you never filed again w/in the [statute] of limitations which never you [illegible].*

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 4/1/08

Endorsement:

    I will extend the PTC date along with service for 30 days if you do not care for a PTC date and you have not served the complaint your matter will be dismissed on May 1, 2008 without prejudice which means you may file again within the statute of limitation.  Good Luck.