Elliott Cates
215 East 96th Street, Apt. 11H
New York, NY 10128

August 25, 2008

Honorable Judge Harold Baer, Jr.
Chambers 2230
The United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

Case #: 08CV01529

Dear Honorable Judge Bare, Jr.-

I would appreciate your patience and understanding in my completion and submission of my 'amending complaint' today August 25, 2008. According to our pretrial conference (August 7, 2008) it was agreed that I submit my amended complaint in two weeks. The two weeks lapsed on Thursday, August 21, 2008. Please forgive me as I will be more diligent and timely in the future.

Cordially,

Elliott Cates

*Sept 10, 08 is the adj. date + there will be no more.*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 8/28/08

CC: Carolina A. Fornos

```
COPY RECEIVED
AUG 25 2008
U.S. ATTORNEY'S SDNY
```